```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     NORTHERN DIVISION


ARTIE JOHNSON                                          PLAINTIFF

VS.                        CIVIL ACTION NO. 3:13-cv-877(DCB)(MTP)

CAROLYN W. COLVIN
Acting Commissioner of
Social Security Administration                         DEFENDANT
```

### ORDER ADOPTING REPORT AND RECOMMENDATION

This cause having come before the Court pursuant to the Commissioner's motion to affirm **(docket entry 12)**, and on the Report and Recommendation **(docket entry 14)** of United States Magistrate Judge Michael T. Parker which recommends that the decision of the Commissioner denying benefits be affirmed;

And the Court, after having considered the reasons set forth in the Report and Recommendation, to which no objection was filed by the plaintiff, finds and orders as follows:

IT IS HEREBY ORDERED that the Report and Recommendation **(docket entry 14)** of Magistrate Judge Parker is adopted as the Order of this Court;

FURTHER ORDERED that the findings of fact and conclusions of law contained therein are adopted as the findings of fact and conclusions of law of this Court;

FURTHER ORDERED that the Commissioner's motion to affirm **(docket entry 12)** is GRANTED and the denial of the plaintiff's benefits is AFFIRMED;

FURTHER ORDERED that this case is DISMISSED.

A Final Judgment dismissing this case with prejudice shall be entered this day.

SO ORDERED, this the 16th day of September, 2014.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE